UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 1:07cr107

    -vs-        HON. JACK ZOUHARY

JONATHAN DAVID LARSON,

        Defendant.

### ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objections have been filed within the required time.

THEREFORE , IT IS ORDERED

1. The Report and Recommendation of the Magistrate Judge filed 7/12/07, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Jonathan David Larson's plea of guilty to Count 1 of the Indictment is accepted. Defendant is adjudicated guilty. Defendant is hereby referred to the United States Probation Office for Presentence Investigation Report.

3. Acceptance of the written plea agreement will be decided at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. (See USSG. Ch.6).

4. **Sentencing is scheduled on October 29, 2007 at 11:00 a.m. at 499 Federal Building, Grand Rapids, Michigan, before the Honorable Jack Zouhary.**

IT IS SO ORDERED.

        *s/ JACK ZOUHARY 8/6/2007*
        United States District Judge